# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:06CR42

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| WILLIAM LEE SPENCER ) | |

**THIS MATTER** is before the Court on Defendant's motion to correct a clerical error in his Judgment pursuant to Fed. R. Crim. P. 36. The Government has advised the Court that it has no objections to the relief sought.

Rule 36 provides that the Court "may at any time correct a clerical error in a judgment, order, or other part of the record[.]" **Fed. R. Crim. P. 36.** Therefore, for the reasons stated in the Defendant's motion, the Court will direct the Clerk correct the clerical error identified therein.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to correct a clerical error in his Judgment is **ALLOWED.**

**IT IS FURTHER ORDERED** that the Clerk prepare an amended judgment correcting 1) "Title and Section" should read, "**18:371 & 2320**;" and 2) "Nature of Offense" should read, "**Conspiracy to Traffic and Attempt to Traffic in Counterfeit Goods.**" All remaining terms and conditions of the original Judgment remain in full force and effect.

Signed: August 20, 2009

Lacy H. Thornburg
United States District Judge